IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MANDY MANUEL**　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

VS.　　　　　　　　　No.  3:20-cv-00034 PSH

**ANDREW SAUL,  Commissioner,**
　　**Social Security Administration**　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 22nd  day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE