# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MANDY MANUEL**                                                                                           **PLAINTIFF**

**VS.**                              **CASE NO. 3:20CV00034 PSH**

**ANDREW SAUL,**
**COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                                              **DEFENDANT**

## ORDER

Before the Court is plaintiff Mandy Manuel's ("Manuel") motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. See Doc. No. 1. Defendant Andrew Saul ("Saul") does not oppose the motion.

The motion is GRANTED, and the Court approves an EAJA award in the amount of $3,299.72 (which includes $20.07 in expenses). The Court finds nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Manuel, and not her attorney, as set forth in *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to Manuel, in care of her attorney, Stephanie Bartels Wallace, and shall mail the check to Ms. Wallace at her Jonesboro, Arkansas, address.

IT IS SO ORDERED this 13th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE